UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIPE ROMAN HOLGUIN,<br><br>            Plaintiff,<br><br>   v.<br><br>BELL, *et al.*,<br><br>            Defendants. | Case No. 1:19-cv-00757-JDP<br><br>ORDER DIRECTING CLERK TO TERMINATE DEFENDANT BORQUEZ FROM THE DOCKET |

On October 30, 2019, plaintiff voluntarily dismissed all claims against defendant Borquez. ECF No. 13. Accordingly, defendant Borquez is no longer a party in this case, and I direct the clerk to terminate defendant Borquez on the docket.

IT IS SO ORDERED.

Dated:   November 5, 2019                       /s/ Jeremy Peterson
                                                      UNITED STATES MAGISTRATE JUDGE

No. 204.

1