UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ROMAN HOLGUIN, | Case No. 1:19-cv-00757-JDP |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY |
| v. | |
| BELL, *et al.*, | ECF No. 26 |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On May 11, 2020, plaintiff filed a motion for discovery from the court. ECF No. 26. As defendants correctly point out, ECF No. 27, plaintiff should serve discovery requests on defendants instead of filing them with the court. Defendants have indicated that they are prepared to respond to discovery requests. Thus, plaintiff should send such requests directly to defendants' counsel. The address is:

    Stacia Lynn Johns
    Jeremy Duggan
    Office the Attorney General
    1300 I Street
    Sacramento, CA 95814

In the future, should the parties have any discovery disputes, they must attempt to resolve

those disputes among themselves before filing a motion with the court.  *See* Fed. R. Civ. P. 37(a)(1) (requiring the parties to meet and confer regarding discovery disputes before bringing them to the court).  Failure to do so will result in denial of any discovery-related motion.

IT IS SO ORDERED.

Dated:  June 22, 2020                              /s/ Jeremy Peterson
                                                                                                UNITED STATES MAGISTRATE JUDGE

No. 204.